UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPANISH PRAYERS, LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:25-CV-12545<br><br>JUDGE ELAINE E. BUCKLO<br><br>MAGISTRATE JUDGE JEANNICE W. APPENTENG |

## DECLARATION OF ANN MARIE SULLIVAN

I, Ann Marie Sullivan, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, Spanish Prayers, LLC ("Spanish Prayers" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Since and pursuant to entry of the Temporary Restraining Order [20], several financial accounts associated with the Defendants have been frozen by numerous e-commerce marketplaces and payment processors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the December 15, 2025 at Chicago, Illinois.

                                                */s/ Ann Marie Sullivan*
                                                **Counsel for Plaintiff**
                                                ***Spanish Prayers, LLC***