UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPANISH PRAYERS, LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:25-CV-12545 <br><br> JUDGE ELLAINE E. BUCKLO <br><br> MAGISTRATE JUDGE JEANNICE W. APPENTENG |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the Defendant(s) QXB XLarge Style and Milk Red Tea Store (identified on line 178 and 17 of the Schedule A of the Complaint).

Dated: January 21, 2026

Respectfully submitted,

*/s/ Alison K. Carter*
Alison K. Carter
Ann Marie Sullivan
Gouthami V. Tufts

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
929-724-7529
a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***